## CARTHAN v. STATE.
### No. 17213.

Court of Criminal Appeals of Texas.
Jan. 30, 1935.

———◆———

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of property over $5 in value; punishment being assessed at two years in the penitentiary.

The indictment properly charges the offense. The record contains neither bills of exception nor statement of facts. Nothing is presented for review.

The judgment is affirmed.